FILED
April 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002598945

Beth Maxwell Stratton (SBN 138049)
THE STRATTON LAW FIRM
829 N. Van Ness Avenue
Fresno, CA 93728
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

Attorneys For Beth Maxwell Stratton, Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 08-13738-B-7F |
| LLOYD & LINDA LISTER, | Chapter 7 |
| Debtors. | DC NO. BMS-4 |
| | MOTION FOR AUTHORITY TO SELL INTEREST IN REAL PROPERTY |

Date: June 9, 2010
Time: 10:00 a.m.
Dept: B, Hon. W. Richard Lee

Beth Maxwell Stratton, Chapter 7 Trustee in the bankruptcy estate of Lloyd and Linda Lister, moves the court for authority to sell the estate's interest in real property on the following grounds:

1. Beth Maxwell Stratton is the duly appointed, qualified and acting Chapter 7 Trustee in the above referenced case. The case was filed in June 2008.

2. This court has jurisdiction over this motion by virtue of 28 U.S.C. §1334 and 11 U.S.C. §363. This is a core matter under 28 U.S.C. §157(b)(2)(A) & (N).

3. The assets of the estate include an undivided 20% interest in the real property located at 378 N. Minnewawa, Clovis, California. The other owners of the real property are: Robert Valdovinos, III with 60% and Richard and Christine Abirached with 20%.

4. The property is commercially zoned for automobile repair and sales. It is located on Minnewawa, with frontage on Herndon Avenue. Trustee investigated the value of the real property by way of receiving the opinions of commercial real estate brokers in the Fresno area, who evaluated the property and comparable sales. Based on her investigation, Trustee is of the opinion that if the property were sold on the open market, it would sell for a price of approximately $400,000. Such a sale would involve a real estate commission of 6% and closing costs of at least 1%, leaving a net of $372,000 to be divided among the owners. The estate's share would be approximately $74,400.00.

5. Trustee has agreed to sell the estate's 20% interest in the real property to Robert Valdovinos, III, for $75,000.00. The estate shall be responsible for paying 20% of the outstanding, due and unpaid real property taxes, as well as 20% of the fees and costs of the escrow holder, but not including title insurance costs. The outstanding property taxes are estimated at $11,000, meaning that the estate would pay $2,200. Escrow fees are estimated at less than $1,000.

6. Trustee believes, that given the challenges involved in selling commercial property in this market, selling the estate's interest for $75,000.00 is beneficial to all creditors.

7. The sale is part of a global settlement of a pending adversary proceeding. The sale is not subject to higher and better bids.

8. Trustee has consulted with her accountant and has determined that there will be no adverse tax consequences to the estate as a result of the sale.

WHEREFORE, Trustee prays that the sale of the estate's 20% interest in the real property to Robert Valdovinos, III, be approved.

Dated: April 29, 2010

Beth Maxwell Stratton, Attorney for
Chapter 7 Trustee